UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL COMBS,<br><br>Defendant, | ) | No. 6:26-CR-101-SCM-HAI<br><br>ORDER ON WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

*** *** *** ***

The government's motion seeking a writ of habeas corpus ad prosequendum to procure Defendant **Daniel Combs** for an arraignment and other proceedings in the above-styled criminal action (D.E. 6) is **GRANTED**. The Court **HEREBY ORDERS:**

1) The jailer of the Kentucky River Regional Detention Center, in Hazard, Kentucky, **SHALL DELIVER** Defendant to the custody of the United States Marshal for the Eastern District of Kentucky.

2) The Marshal **SHALL BRING** Defendant for an in-person initial appearance and arraignment to commence at **1:00 p.m. on Thursday, August 27, 2026,** in London, Kentucky.

3) The Marshal shall safely keep Defendant in custody until the conclusion of the proceedings against him, and thereafter return him to the jailer's custody.

4) The Marshal shall notify the undersigned if custody of Defendant is obtained promptly such that Defendant's initial appearance and arraignment may be advanced.

This the 24th day of July, 2026.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**



**Signed By:**
***Hanly A. Ingram***